*[Handwritten margin note: S/C issued. Jones Act - no fee 1st]*

FILED
LODGED
RECEIVED
MAIL

OCT 10 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY



CV 02-2110 #1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA J. MILLER,<br><br>                Plaintiff,<br><br>vs.<br><br>F/V MISTY MOON, Official No. 578511, including all her appurtenances,<br><br>                Defendant. | IN ADMIRALTY<br><br>No. **C02-2110R**<br><br>**SEAMAN'S COMPLAINT <u>IN REM</u> FOR DAMAGES FOR PERSONAL INJURIES, MAINTENANCE AND CURE AND WAGES** |

Plaintiff alleges:

### FIRST CLAIM

1.    Plaintiff Joshua J. Miller is a seaman and brings this action pursuant to the provisions of 28 U.S.C. §1916 without prepayment of fees and costs and without deposit of security therefor.

2.    This is a case of admiralty and maritime jurisdiction, as hereinafter more fully appears.  This is an admiralty and maritime claim within the meaning of Rule 9(h).  This Court has

Seaman's Complaint *in rem*
for Damages . . . 1

ANDERSON, CONNELL & MURPHY
ATTORNEYS AT LAW
1501 ELDRIDGE AVENUE · P.O. BOX 1063
BELLINGHAM, WASHINGTON 98227-1063
(360) 671-6711 · FAX (360) 647-2943

jurisdiction pursuant to 28 U.S.C. §1333; and supplemental jurisdiction.

3.   The defendant vessel is now, or during the pendency of this case will be within this district and within the jurisdiction of this Court.

4.   Plaintiff alleges upon information and belief that at all times mentioned herein defendant Misty Moon, Inc. was and now is a corporation organized and existing according to law, and doing business within this district.

5.   At all times mentioned herein, the F/V MISTY MOON, Official No. 578511, was an American flag vessel operating upon the navigable waters of the United States and the high seas.

6.   Plaintiff alleges upon information and belief that at all times mentioned herein the said MISTY MOON was owned by defendant.

7.   Plaintiff alleges upon information and belief that at all times mentioned herein the said vessel was manned, operated, maintained and controlled by defendant.

8.   At all times mentioned herein, plaintiff was in the employ of defendant as a seaman and member of the crew in the service of the MISTY MOON.

9.   On or about October 12, 1999 while plaintiff was engaged in the course of his duties in the service of said vessel, the MISTY MOON was unseaworthy in that, among other things, said vessel and her appurtenances were in a dangerous,

Seaman's Complaint *in rem*
for Damages . . . 2

ANDERSON, CONNELL & MURPHY
ATTORNEYS AT LAW
1501 ELDRIDGE AVENUE • P.O. BOX 1063
BELLINGHAM, WASHINGTON 98227-1063
(360) 671-6711 • FAX (360) 647-2943

defective and hazardous condition; the place where plaintiff was required to work was unsafe; sufficient gear and equipment in proper working order were lacking; and the said vessel was otherwise so unseaworthy as to cause a wheelhouse chair to collapse, launching plaintiff down an adjacent stairway.

10. As a result of said incident, plaintiff was hurt and injured in his health, strength, and activity, sustaining injury to his body and shock and injury to his nervous system and person, all of which said injuries have caused and continue to cause plaintiff great mental, physical and nervous pain and suffering, and plaintiff alleges upon information and belief that said injuries will result in some permanent disability to plaintiff, all to his general damage according to proof.

11. As a further result of said incident, plaintiff was required to and did employ physicians and other health care providers for medical examination, care and treatment of said injuries, and plaintiff alleges upon information and belief that he may require such services in the future. The cost and reasonable value of the health care services received and to be received by plaintiff is presently unknown to him, and plaintiff prays leave to insert the elements of damages in this respect when the same are finally determined.

12. As a further result of said incident, plaintiff has suffered and will continue in the future to suffer loss of income in a presently unascertained sum, and plaintiff prays leave to

Seaman's Complaint in rem
for Damages . . . 3

ANDERSON, CONNELL & MURPHY
ATTORNEYS AT LAW
1501 ELDRIDGE AVENUE · P.O. BOX 1063
BELLINGHAM, WASHINGTON 98227-1063
(360) 671-6711 · FAX (360) 647-2943

insert the elements of damage in this respect when the same are finally determined.

### SECOND CLAIM

13. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 12 of his First Claim hereinabove set forth.

14. On or about October 12, 1999, plaintiff became injured and disabled while in the service of the vessel.

15. Upon plaintiff's becoming injured and disabled as aforesaid, it became the duty of defendant to pay to plaintiff the expenses of his maintenance and cure, as well as his wages to the end of the period of employment for which plaintiff was engaged, but defendant failed and neglected to make payment thereof, despite knowledge of plaintiff's continuing disability.

16. By reason of the premises, plaintiff has been damaged in sums according to proof for maintenance and cure and unearned wages, the precise amounts of which are presently unascertained, and plaintiff prays leave to insert the elements of damages in this respect when the same are finally determined.

17. By reason of said neglect, plaintiff was obliged to engage the services of counsel and has incurred and will continue to incur attorneys' fees and expenses for which plaintiff is entitled to recover.

WHEREFORE, plaintiff prays judgment against defendant as follows:

Seaman's Complaint *in rem*
for Damages . . . 4

ANDERSON, CONNELL & MURPHY
ATTORNEYS AT LAW
1501 ELDRIDGE AVENUE • P.O. BOX 1015
BELLINGHAM, WASHINGTON 98227-1015
(360) 671-6711 • FAX (360) 647-2943

1. For his general damages according to proof;

2. For all expenses for health care providers according to proof;

3. For all loss of income past and future according to proof;

4. For maintenance, cure and unearned wages according to proof;

5. For reasonable attorneys' fees and expenses;

6. For prejudgment interest according to general maritime law;

7. For plaintiff's costs of suit incurred herein;

8. That plaintiff be adjudged the holder of a preferred maritime lien against the F/V MISTY MOON, for the payment of the sums due, and that the Court declare said lien to be superior to all other liens which may exist against the vessel;

9. That the F/V MISTY MOON be arrested, condemned, and sold, with proceeds applied in payment of plaintiff's claim;

10. That at the sale of the vessel, plaintiff be permitted to bid, without cash deposit, parts of his judgment, accrued interest, costs and attorneys' fees, up to the full amounts thereof; and

///

///

Seaman's Complaint *in rem*
for Damages . . . 5

ANDERSON, CONNELL & MURPHY
ATTORNEYS AT LAW
1501 ELDRIDGE AVENUE · P.O. BOX 1015
BELLINGHAM, WASHINGTON 98227-1015
(360) 671-6711 · FAX (360) 647-2943

11.  For such other and further relief as the Court deems just.

DATED this 9th day of October, 2002.

ANDERSON, CONNELL & MURPHY

_____
DAVID B. ANDERSON WSBA #5528
Attorneys for Plaintiff

SEAMAN'S COMPLAINT IN REM FOR DAMAGES
FOR PERSONAL INJURIES . . . 6

ANDERSON, CONNELL & MURPHY
ATTORNEYS AT LAW
1501 ELDRIDGE AVENUE · P.O. BOX 1015
BELLINGHAM, WASHINGTON 98227-1015
(360) 671-6711 · FAX (360) 647-2943

# VERIFICATION

I, Joshua J. Miller, declare under penalty of perjury under the laws of the United States of America, as follows:

1. I am the plaintiff in the above-entitled action.

2. I have read the foregoing complaint, and the same is true to the best of my knowledge, information and belief.

Executed at Petersburg, Alaska, this 7th day of October, 2002.

_____
Joshua J. Miller

SEAMAN'S COMPLAINT IN REM FOR DAMAGES
FOR PERSONAL INJURIES . . . 7

ANDERSON, CONNELL & MURPHY
ATTORNEYS AT LAW
1501 ELDRIDGE AVENUE · P.O. BOX 1063
BELLINGHAM, WASHINGTON 98227-1063
(360) 671-6711 · FAX (360) 647-2943